# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ALI ABDULLAH-EZZANI,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

Case No.

**2:19-cv-00717-JAM-CKD**

**ORDER**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated: January 23, 2020

/s/ John A. Mendez_____

United States District Court Judge

Order to Dismiss - 1